# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 13, 2004

*Before*

Hon. Richard A. Posner, *Circuit Judge*

Hon. Frank H. Easterbrook, *Circuit Judge*

Hon. Michael S. Kanne, *Circuit Judge*

No. 03-4225

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, | Appeal from the United States District Court for the Western District of Wisconsin. |
| *v.* | No. 03 CR 26 |
| FREDDIE J. BOOKER, Defendant-Appellant. | John C. Shabaz, *Judge*. |

**O R D E R**

The opinion issued July 9 is amended by adding the following sentence as a new, final paragraph of the opinion (just before "Reversed and Remand:):

Because the government does not argue that Booker's Sixth Amendment challenge to the guidelines was forfeited by not being made in the district court, we need not consider the application of the doctrine of plain error, e.g., *United States v. Olano*, 507 U.S. 725, 731 (1993), to challenges inspired by the *Blakely* decision.